FALK *v.* BEECKMAN.

(*City Court of New York, General Term.* November 23, 1888.)

PRACTICE IN CIVIL CASES—DISMISSAL—INSUFFICIENCY OF EVIDENCE.

It is improper at trial term to dismiss the complaint, as not sustained by the evidence, without specifying the defects in plaintiff's proofs.

Appeal from trial term.

Action by Frank Falk against Leonard Beeckman, for the contract price of work done by plaintiff for defendant. Plaintiff appeals from judgment dismissing his complaint.

Argued before McADAM, C. J. and EHRLICH and McGOWN, JJ.

*Lexow & Leo,* for appellant.    *J. C. Shaw,* for respondent.

PER CURIAM. The contract provides that the work to be done was to be paid for every two weeks, as the work progressed. The action was to recover $2,000, the contract price. Upon the proofs the plaintiff may not have been entitled to recover this sum; but it does not follow, where the contract price was payable in installments every two weeks, as the work progressed, that the plaintiff was entitled to recover nothing. The trial judge dismissed the complaint, but the printed case fails to show the ground upon which the dismissal was granted. The defects in the plaintiff's proofs ought to have been specifically pointed out, that the plaintiff might have supplied the deficiencies. *Devoe* v. *Brandt,* 58 Barb. 493; *Newton* v. *Harris,* 6 N. Y. 345; *Binsse* v. *Wood,* 37 N. Y. 526. Upon the record, as it stands, the judgment appealed from must be reversed, and a new trial ordered, with costs to abide the event.